DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ANTHONY DIFRANCESCO,**
Appellant,

v.

**RICHARD R. DEL TORO, JR.,** and **FRIENDS OF RICHARD DEL TORO,**
a Florida Political Committee,
Appellees.

No. 4D2024-2914

[December 4, 2025]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Brett M. Waronicki, Judge; L.T. Case No. 562024CA001227.

Patrick W. Lawlor of Lawlor & Associates, Boca Raton, for appellant.

Peter D. Del Toro of Del Toro Law, Stuart, for appellees.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., CIKLIN and SHAW, JJ., concur.

\*      \*      \*

***Not final until disposition of timely-filed motion for rehearing.***